UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* CHEEK,<br><br>Plaintiff/Relator,<br><br>v.<br><br>AEGEAN APPAREL INTERNATIONAL, INC., *et al.*,<br><br>Defendants. | CASE NO. 3:18-cv-256<br><br>FILED UNDER SEAL<br><br>JUDGE WALTER H. RICE |

### ORDER

Upon consideration of the United States' unopposed ex parte motion for an extension of time to determine whether to intervene in the this action, and during which the Complaint and other filings shall remain under seal, it is hereby

**ORDERED** that the United States shall have until and including April 29, 2019, to intervene or to notify the Court that it declines to do so; and

**FURTHER ORDERED** that the Complaint and all other filings shall remain under seal until and including April 29, 2019, unless the United States requests that the seal be lifted prior to that date.

_____
UNITED STATES DISTRICT COURT JUDGE