IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* STEPHANIE CHEEK, | District Judge Walter H. Rice |
| Plaintiff, | |
| v. | Civil No. 3:18-cv-00256 |
| | **FILED UNDER SEAL** |
| AEGEAN APPAREL INTERNATIONAL, INC., MEHMET PANAYIRCI, and RUTH NALIE PANAYIRCI-ARMSTRONG, | |
| Defendants. | |

## ORDER

The United States having intervened in this action, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

IT IS ORDERED that,

1. the complaint be unsealed;

2. the United States serve its Complaint upon defendants, together with this Order, within sixty (60) days;

3. the submissions at docket numbers 4, 6, 8, 10, 12, 14, 16, and 18 remain under seal and not be made public or served upon the defendant, as 31 U.S.C. § 3730(b)(3) expressly authorizes these *in camera* filings to apprise the Court alone of the Government's investigation; and

4. the seal be lifted on all other contents of the Court's file and all matters occurring in this action after the date of this Order.

IT IS SO ORDERED,

This 13Th day of may, 2022.

_____
United States District Judge