# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, STEPHANIE CHEEK<br><br>Plaintiff,<br><br>v.<br><br>AEGEAN APPAREL INTERNATIONAL, INC., MEHMET PANAYIRCI, RUTH NALIE PANAYIRCI-ARMSTRONG, and JERALYN PEAGLER,<br><br>Defendants. | Case No. 3:18-cv-00256<br><br>District Judge Walter H. Rice |

## ORDER GRANTING THE PARTIES' JOINT MOTION FOR EXTENSION OF DISCOVERY AND DISPOSITIVE MOTION DEADLINES

The Parties' Joint Motion for Extension of Discovery and Dispositive Motion Deadlines in this case by ninety (90) days is hereby GRANTED. The new discovery and dispositive motion deadlines in this case are as follows:

- Disclosure of expert witnesses: 12/29/23
- Disclosure of rebuttal expert witnesses: 1/29/24
- Discovery deadline: 4/1/24
- Motion for Summary Judgment deadline: 6/29/24

*/s/ Walter H. Rice*

UNITED STATES DISTRICT JUDGE